IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : |
| | : NO. 14-602-1 |
| LEROY TOWNSEND | : |

## ORDER

**AND NOW**, this 7th day of December 2017, upon considering *pro se* Defendant's Motion under 28 U.S.C. § 2255 (ECF Doc. No. 22), the United States' Response (ECF Doc. No. 28), Defendant's Rebuttal (ECF Doc. No. 29), Defendant's Supplemental Motion (ECF Doc. No. 46) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF Doc. No. 22) and Supplemental Motion (ECF Doc. No. 46) are **DENIED**;

2. The Clerk of Court shall **close** this matter; and,

3. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this Court's ruling. *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

_____
KEARNEY, J.